RACHELE R. BYRD (190634)
byrd@whafh.com
BRITTANY N. DEJONG (258766)
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RIGGS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF PLAINTIFF MICHAEL RIGGS PURSUANT TO CAL. CIV. CODE § 1780(d)** |

I, MICHAEL RIGGS, hereby declare as follows:

1. I am over the age of 18 years, have personal knowledge of the facts stated herein, and could and would competently testify thereto if called upon to do so.

2. I am a Plaintiff in the above-entitled action and a resident/citizen of the State of Pennsylvania.

3. My Complaint filed in this matter contains a cause of action for violations of the Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*, against Robinhood Markets, Inc. ("Robinhood Markets"), a company doing business nationwide including at its headquarters in Menlo Park, San Mateo County, and against Robinhood Financial, Inc. ("Robinhood Financial"), a wholly owned subsidiary of Robinhood Markets, and a company doing business nationwide including at its headquarters in Menlo Park, San Mateo County, and against Robinhood Securities ("Robinhood Securities"), a wholly owned subsidiary of Robinhood Markets, and a company doing business nationwide, including in San Mateo County.  ("Robinhood Markets," "Robinhood Financial," and "Robinhood Securities," are collectively referred to herein as "Robinhood" or "Defendants").  This cause of action arises out of Defendants':

(1) failure to disclose that its platform was inadequately built and maintained to handle consumer demand;

(2) failure to provide adequate technological systems necessary to perform under the contract;

(3) failure to provide services when an outage occurred due to a lack of infrastructure and alternate means for customers to place timely trades;

(4) failure to provide access to its financial services in a timely manner;

(5) platform being subject to and experiencing substantial outage(s) that prohibited the customers and Robinhood from performing in a timely manner (or at all) under the contract;

(6) failure to comply with all applicable legal, regulatory, and licensing requirements; and

(7)   failure to exercise trades and actions requested by customers, including me, in a complete and timely manner (also required by FINRA Rule 5310).

4.   My Complaint is filed in the proper place for trial under Civil Code Section 1780(d) because:   Defendants do business nationwide, including in San Mateo County; Defendants Robinhood Markets and Robinhood Financial are headquartered in San Mateo County; and, on information and belief, a substantial portion of the conduct complained of in the Complaint occurred in San Mateo County within the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this ____ day of March, 2020, at _____, Pennsylvania.

_____
MICHAEL RIGGS

26325

DECLARATION OF PLAINTIFF MICHAEL RIGGS PER CAL. CIV. CODE § 1780(d)
- 2 -

Securities," are collectively referred to herein as "Robinhood" or "Defendants"). This cause of action arises out of Defendants':

    (1)    failure to disclose that its platform was inadequately built and maintained to handle consumer demand;

    (2)    failure to provide adequate technological systems necessary to perform under the contract;

    (3)    failure to provide services when an outage occurred due to a lack of infrastructure and alternate means for customers to place timely trades;

    (4)    failure to provide access to its financial services in a timely manner;

    (5)    platform being subject to and experiencing substantial outage(s) that prohibited the customers and Robinhood from performing in a timely manner (or at all) under the contract;

    (6)    failure to comply with all applicable legal, regulatory, and licensing requirements; and

    (7)    failure to exercise trades and actions requested by customers, including me, in a complete and timely manner (also required by FINRA Rule 5310).

4. My Complaint is filed in the proper place for trial under Civil Code Section 1780(d) because: Defendants do business nationwide, including in San Mateo County; Defendants Robinhood Markets and Robinhood Financial are headquartered in San Mateo County; and, on information and belief, a substantial portion of the conduct complained of in the Complaint occurred in San Mateo County within the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of March, 2020, at 400 Old Orchard Lane, York PA 17403 Pennsylvania.

_____
MICHAEL RIGGS

- 1 -

Scanned with CamScanner